United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRMARCUS DESHANE SCOTT TRUST, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01857 |
| LOANDEPOT.COM LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on September 11, 2025 (Doc. #78) and Plaintiff's Objections (Doc. #85). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. #34) and Motion to Enforce Tender and Quiet Title (Doc. #47) are hereby DENIED. Moreover, Plaintiff's Motion for Judicial Notice (Doc. #68) is hereby DENIED.

It is so ORDERED.

FEB 2 3 2026
Date

The Honorable Alfred H. Bennett
United States District Judge