United States District Court
Southern District of Texas
**ENTERED**
April 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRMARCUS DESHANE SCOTT TRUST, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-01857 |
| LOANDEPOT.COM LLC, *et al.*, | § § § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on April 5, 2026. Doc. #106. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. #98) is GRANTED. Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE and the Notice of Lis Pendens regarding this dispute filed in the Waller County Deed Records on January 7, 2025, is hereby EXPUNGED. A copy of this Order may be filed with the appropriate authority in Waller County, Texas.

It is so ORDERED.

_____
**APR 2 1 2026**
Date

_____
The Honorable Alfred H. Bennett
United States District Judge